IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY SHIBLEY | ) | CASE NO.: 1:23-CV-368 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| -v- | ) | |
| | ) | **STIPULATED ORDER OF** |
| GREATER CLEVELAND REGIONAL TRANSIT AUTH. | ) | **DISMISSAL** |
| | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties have informed the Court that their settlement is conditional upon the Court retaining jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994). Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties shall comply with the terms of their settlement agreement entered into on or about October 5, 2023 and retained by the Parties' undersigned counsel.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, this case is DISMISSED with prejudice, costs as each their own.

/s/ Solomon Oliver, Jr.   10/23/2023
SOLOMON OLIVER, JR.
United States District Judge

\*  By agreement of the Parties on a teleconference with the court on October 23, 2023 at 11:30 a.m., the court shall maintain continuing jurisdiction for a period of only 90 days.

Stipulated and agreed to by:

| For the Plaintiff: | For the Defendant: |
|---|---|
| /s *Claire I Wade* | JANET E. BURNEY, |
| Claire I. Wade | General Counsel-Deputy GM for Legal Affairs |
| Sobel, Wade & Mapley | |
| 65 Erieview Plaza Ste. 610 | By:   */s/ Brian R. Gutkoski* |
| Cleveland, OH 44114 | BRIAN R. GUTKOSKI (0076411) |
| | Associate Counsel |
| Email: wade@swmlawfirm.com | 1240 West 6th Street, 6th Floor |
| | Cleveland, Ohio 44113 |
| One of the Attorneys for Plaintiff | Tele: (216) 356-3092 | Fax: (216) 350-5296 |
| | E-Mail:   brian.gutkoski@gcrta.org |
| Dated: 10/20/2023 | |
| | One of the Attorneys for Defendant |